| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**   Performance Insurance Company SPC

**2. Debtor's unique identifier**

For non-individual debtors:
☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___
☑ Other  307829  . Describe identifier  ROC registration number  .

For individual debtors:
☐ Social Security number: xxx – xx– ___ ___ ___ ___
☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___
☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**   Kenneth Krys & Neil Dempsey

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**   Cayman Islands

**5. Nature of the foreign proceeding**

*Check one:*
☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
  Resolutions by the Debtor's sole shareholder
  Resolutions by the Debtor's directors

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

Debtor  **Performance Insurance Company SPC**      Case number (*if known*)_____
        Name

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Cayman Islands

   **Debtor's registered office:**

   Kynect Risk Management Limited
   P.O. Box 445, 3rd Floor Bayshore Centre
   Number      Street

   31 Warwick Road, George Town
   P.O. Box

   Grand Cayman KY1-1106
   City         State/Province/Region    ZIP/Postal Code

   Cayman Islands
   Country

   **Individual debtor's habitual residence:**

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City         State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   Governors Square, Bldg. 3, Ground Floor
   Number      Street

   23 Lime Tree Bay Avenue, PO Box 31237
   P.O. Box

   Grand Cayman KY1-1025
   City         State/Province/Region    ZIP/Postal Code

   Cayman Islands
   Country

10. **Debtor's website** (URL)   _____

11. **Type of debtor**

    *Check one:*

    ☐ Non-individual (*check one*):

      ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

      ☐ Partnership

      ☑ Other.  Specify:  Segregated Portfolio Company

    ☐ Individual

| | | |
|---|---|---|
| Debtor | Performance Insurance Company SPC | Case number *(if known)*_____ |
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____[signature]_____   Kenneth Krys
Signature of foreign representative   Printed name

Executed on  03/19/2021
              MM / DD / YYYY

✗ _____[signature]_____   Neil Dempsey
Signature of foreign representative   Printed name

Executed on  03/19/2021
              MM / DD / YYYY

**14. Signature of attorney**

✗ _____   Date  03/19/2021
Signature of Attorney for foreign representative   MM / DD / YYYY

Gregory S. Grossman
Printed name

Sequor Law, P.A.
Firm name

1111 Brickell Avenue, Suite 1250
Number     Street

Miami                                    FL        33131
City                                     State     ZIP Code

(305) 372-8282                           ggrossman@sequorlaw.com
Contact phone                            Email address

896667                                   FL
Bar number                               State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3