UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Performance Insurance Company SPC                    Chapter 15

    Debtor in a Foreign Proceeding.                    Case No.: 21-12609-AJC
_____/

## RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Kenneth Krys and Neil Dempsey (the "JLs" or the "Foreign Representatives"), the Joint Voluntary Liquidators of Performance Insurance Company SPC (the "Debtor"), hereby disclose as follows as to the Debtors:

Performance Insurance LLC is the Debtor's sole shareholder of the Debtor's Class A Shares.

Additionally, as a segregated portfolio company, there are Segregated Portfolio Shares with respect to its individual segregated portfolios. However, the segregated portfolios are only entitled to a return of capital in their specific segregated portfolio, but not the Debtor.

Dated: March 22, 2021                    Respectfully submitted,

                                                                                                        SEQUOR LAW, P.A.
                                                                                                        1111 Brickell Avenue, Suite 1250
                                                                                                         Miami, Florida 33131
                                                                                                         Telephone: (305) 372-8282
                                                                                                         Facsimile: (305) 372-8202
                                                                                                         Email: ggrossman@sequorlaw.com
                                                                                                                    jmendoza@sequorlaw.com

By:    */s/ Juan J. Mendoza*
          Gregory S. Grossman
          Florida Bar No. 896667
          Juan J. Mendoza
          Florida Bar No.: 113587