UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Performance Insurance Company SPC                    Chapter 15

      Debtor in a Foreign Proceeding.                    Case No.:  21-12609-AJC
_____/

## <u>CORRECTED CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the Notice of Hearing (D.E. 3); Corporate Ownership Statement (D.E. 5); Motion for Order Granting Recognition of Foreign Main Proceeding Pursuant to §§ 1515 and 1517 of the Bankruptcy Code (D.E.2); and Petition for Recognition of Foreign Proceeding (D.E. 1) were sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case as listed on the Service List on March 22, 2021.

Dated: March 24, 2021                    Respectfully submitted,

                                          SEQUOR LAW, P.A.
                                          1111 Brickell Avenue, Suite 1250
                                          Miami, Florida 33131
                                          Telephone: (305) 372-8282
                                          Facsimile: (305) 372-8202
                                        Email:  ggrossman@sequorlaw.com
                                                jmendoza@sequorlaw.com

                            By:     */s/ Juan J. Mendoza*_____
                                          Gregory S. Grossman
                                          Florida Bar No. 896667
                                          Juan J. Mendoza
                                          Florida Bar No.: 113587

<u>**SERVIVCE LIST**</u>

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Gregory S Grossman**    ggrossman@sequorlaw.com, ngonzalez@sequorlaw.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of parties who will receive via US Mail:

Solaris Corporate Services Ltd.
P O Box 1990
Grand Cayman KY1-1104, Cayman Islands

DS Captive, LLC, Delta Services, LLC
4676 Jennings Lane
Louisville, KY 40218

Kaltschmidt Family Irrevocable Trust
230 JP Road
Whitefish, MT 59937

Hillsdale College
33 E College St,
Hillsdale, MI 49242

Hudson York Insurance LLC
c/o Gordon, Fournaris & Mammarella, P.A.
1925, Lovering Avenue
Wilmington, DE 19806

Patrick Gallagher
19 Oak Knoll
Sewickley Heights, PA 15143

Paul Vargo
2014 Golfway Drive
Aliquippa, PA 15001

Candice Comunale
214 Longbow Lane
Mars, PA 16046

Mollie Rea
75 Robsart Road
Kenilworth, IL 60043

Performance Insurance LLC
2908 Poston Avenue
Nashville, TN 37203-1312

Systems Contractors, Inc
711 Camann St
Greensboro, NC, 27407
Plumbers Supply Captive LLC
429 Church Street
New Bedford, MA 02745

Paul Reali
62 Reni Road,
Manhasset, NY 11030

Peter Reali
6 Ridge Road,
Searingtown, NY 11507

Angelo Reali
65 Cardinal Road,
Manhasset, NY 11030

SEQUOR LAW, P.A.

Michael Reali
3 Simonson Court,
Glen Head, NY 11545

J.C. Billion, Inc., Peder Billion
270 Automotive Avenue
Bozeman, MT 59718

Dominic Gagliardi
128 Carpenter Street
Philadelphia, PA 19147

Marco Gagliardi
1005 S. 8th Street
Philadelphia, PA 19147

Omega Risk Management, LLC
110 West A Street Suite 1100
San Diego, CA, 92101

KMR Investments Group, LLC
15 Wynnewood CT
Greensboro, NC 27408

Complete Electric, Inc.
637 Sebastian Blvd
Sebastian, FL 32958

Quality Foods Corporation.
537 Rochester Road
Pittsburgh, PA 15237

KCL Holdings, Inc.
2800 Westgate Ave,
West Palm Beach, FL 33409

Henry Investment Group, LLC
900 Parker Square, Suite 250
Flower Mound, TX 75028

ATC Captive, LLC
2831 Terry Lake Road
Fort Collins, CO 80524

Elite Gasfield Services, LLC
180 W Midland Ave
Midland, PA 15059

MLS Insurance, LLC
17693 State Highway 285
Cochranton, PA 16314

Encore Express Delivery Service, LLC
2814 Barge Lane
Dallas, TX 75212

ABM Wappingers Inc.
2785 W. Main Street
Wappingers Falls, NY 12590

Eran Farajun
554 Cranbrooke Avenue,
Toronto, Ontario,
M5M 1P1, Canada

David Farajun
9 Steele Valley Rd,
Thornhill, Ontario,
L3T 1M2, Canada

Captive Holdings, Inc
9050 E. Tufts Avenue,
Greenwood Village, CO 80111

Ismartment, LLC
5214 68th Street, Suite 402
Lubbock, TX 79424

William Bruce Prewett
5595 Austin Road
Lake Cormorant, MS 38541

James Walter Kirkpatrick
530 Country Club Drive
Burlington, NC 27215

Ronald Gray Kirkpatrick, Jr
1967 South Main Street
Graham, NC 27253

3

Flyway Express, LLC
6430 Hurt Rd,
Horn Lake, MS, 38637

MTM Recognition
3201 SE 29th St Del City
Oklahoma 73115

Goldenstar Specialty Insurance, LLC
1010 N. Hancock Street, 1st Floor
Philadelphia, PA 19123

Sterling Group, Inc.
621 Gyrfalcon Court,
Windsor, CO 80550

Alan Wade Alexander Sr.
708 Pecan Ave, PO Box 1285
Panhandle TX 79068

A & W Energy, LLC
1301 Forum Way South
Fort Worth TX 76140

Action Facilities Management Inc.
115 Malone Drive
Morgantown, WV, 26501

Del Obispo Youth Baseball, Inc.
D/B/A Dana Point Youth Baseball
Attn: Officer, Director Or Manager
32565b Golden Lantern St #351
Dana Point Ca 92629

Michael F Ram
Marie Noel Appel
Morgan and Morgan
Complex Litigation Group
711 Van Ness Avenue Suite 500
San Francisco, CA 94102

Ra O. Amen
Morgan and Morgan P.A.
201 North Franklin Street 7th Floor
Tampa, FL 33602

The Ambassador Group LLC d/b/a
Ambassador Captive Solutions
Attn: Officer, Director or Manager
9700 Park Plaza Avenue, Unit 201
Louisville, Kentucky 40241

Brandon White
5008 Hickory Hill Drive
Lagrange, KY 40031

Ian R Feldman
Clausen Miller PC
17901 Von Karman Suite 650
Irvine, CA 92614

Spencer K. Gray
Christopher E. Schaefer
Culver V. Halliday
Douglas C. Ballantine
Kevin A. Imhof
Stoll Keenon Ogden PLLC
500 West Jefferson Street Suite 2000
Louisville, KY 40202

Ellen Arvin Kennedy
John M. Spires
Dinsmore & Shohl LLP - Lexington
100 West Main Street, Suite 900
Lexington, KY 40507

Goldenstar Specialty Insurance, LLC
Attn: Officer, Director or Manager
1315 Walnut Street, Suite 1101
Philadelphia, PA 19107

Lexington Insurance Company
Attn: Officer, Director or Manager
99 High Street
Boston, Massachusetts 02110

Adam J. Kaiser
Joanna H. Schorr
Alston & Bird LLP - New York
90 Park Avenue
New York, NY 10016-1387

4

Kelsey L. Kingsbery
Alston & Bird, LLP - Raleigh
555 Fayetteville Street, Suite 600
Raleigh, NC 27601

Michael R. Hoernlein
Alston & Bird - Charlotte
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000

Carolyn P. Michener
Joel T. Beres
Stites & Harbison, PLLC - Louisville
400 W. Market Street, Suite 1800
Louisville, KY 40202-3352

State National Insurance Company, Inc.
Attn: Officer, Director or Manager
1900 L. Don Dodson Drive
Bedford, Texas 76021

National Specialty Insurance Company
Attn: Officer, Director or Manager
1900 L. Don Dodson Drive
Bedford, Texas 76021

Jack Allen Wheat
Peter J. Rosene
McBrayer PLLC - Louisville
500 W. Jefferson Street, Suite 2400
Louisville, KY 40202

Steven T. Whitmer
Julie L. Young
Locke Lord LLP - Chicago
111 S. Wacker Drive
Chicago, IL 60606

Gagliardi Insurance Service, Inc.
Attn: Officer, Director or Manager
1010 N. Hancock Street
Philadelphia, Pennsylvania 19123

Robert G. Harris
Devin B. Jacobsen
Binder and Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

John M. Spires
Dinsmore & Shohl LLP - Lexington
100 West Main Street, Suite 900
Lexington, KY 40507

Goldenstar Specialty Insurance, LLC
Attn: Officer, Director or Manager
1315 Walnut Street, Suite 1101,
Philadelphia,
Pennsylvania 19107

ePremium Insurance Agency, LLC
Attn: Officer, Director or Manager
4770 Duke Drive, Suite 200
Mason, OH 45040

Jeffrey B. Korn
Willkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

Donald J. Kelly
Julie L. Watts
Wyatt, Tarrant & Combs, LLP - Louisville
400 W. Market Street, Suite 2000
Louisville, KY 40202

Fred Hjelmeset, Chapter 7 Trustee of
Gagliardi Insurance Service, Inc.
P.O. Box 4188
Mountain View, CA 94040

Gregg S. Kleiner
Rincon Law LLP
268 Bush St. #3335
San Francisco, CA 94104

SEQUOR LAW, P.A.