**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No. 21-12609-AJC
  Chapter 15
PERFORMANCE INSURANCE COMPANY SPC,

  Debtor.
_____/

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), Adams and Reese LLP and Alston & Bird LLP hereby enter their appearance as counsel to Lexington Insurance Company in the above-captioned Chapter 15 case, and request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be given and served upon the undersigned counsel as follows:

| | |
|---|---|
| John T. Rogerson III | Leib M. Lerner |
| ADAMS AND REESE LLP | ALSTON & BIRD LLP |
| 501 Riverside Avenue, Suite 601 | 333 South Hope Street, Sixteenth Floor |
| Jacksonville, FL  32202 | Los Angeles, CA  90071 |
| Telephone:  (904) 355-1700 | Telephone:  (213) 576-1000 |
| Email:  john.rogerson@arlaw.com | leib.lerner@alston.com |
|   dana.tompkins@arlaw.com | |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telex, or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed or construed as (a) a consent by Lexington Insurance Company to the jurisdiction of the Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Lexington Insurance Company, or (b) a waiver of any right of Lexington Insurance Company (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to other rights, claims, actions, defenses, setoffs, or recoupments to which Lexington Insurance Company is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.  This Notice of Appearance shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: April 12, 2021

**ADAMS AND REESE LLP**

By:    */s/ John T. Rogerson III*
John T. Rogerson III
Florida Bar No. 832839
john.rogerson@arlaw.com
dana.tompkins@arlaw.com
501 Riverside Avenue, Suite 601
Jacksonville, FL  32202
Main Telephone: (904) 355-1700
Direct Dial Telephone: (904) 493-3303
Facsimile: (904) 355-1797

-and-

Leib M. Lerner *(pro hac vice pending)*
ALSTON & BIRD LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, CA  90071
Telephone:  (213) 576-1000
Leib.lerner@alston.com

*Attorneys for Lexington Insurance Company*