UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Performance Insurance Company SPC           Chapter 15

    Debtor in a Foreign Proceeding.           Case No.: 21-12609-AJC
_____/

## MOTION TO COMPEL TURNOVER OF FUNDS
## HELD AT KEYBANK NATIONAL ASSOCIATION

Kenneth Krys and Neil Dempsey (the "JLs" or the "Foreign Representatives"), the Joint Liquidators of Performance Insurance Company SPC and its segregated portfolios[1] (collectively, the "Debtor"), file this *Motion to Compel Turnover of Funds Held at KeyBank National Association* (the "Motion"), seeking an order directing KeyBank National Association ("KeyBank") to turnover the funds in a bank account held by one of the Debtor's segregated portfolios. In support of their Motion, the Foreign Representatives state as follows:

### RELEVANT FACTS

**I.    Background**

1.    The Debtor is a segregated portfolio company ("SPC") incorporated in the Cayman Islands. D.E. 2, at 14.

---

[1] The Debtor's segregated portfolios are: (i) Bottini Insurance SP; (ii) Gen 1 Insurance Company SP; (iii) Goldenstar Holdings Company SP; (iv) Greystone Insurance SP; (v) Hudson York Insurance Company SP; (vi) Omega Insurance Company SP; (vii) Performance 5 SP; (viii) Prewett Insurance Company SP; (ix) Smart Insure SP; (x) SSS Insurance SP; (xi) Sustainable Insurance Company SP; and (xii) Triangle RGK SP. These twelve segregated portfolios are hereinafter referred to as the "Segregated Portfolios."

2. The Debtor operates in the captive insurance industry through the 12 Segregated Portfolios. One of these segregated portfolios is Goldenstar Holdings Company SP ("Goldenstar SP").

3. Goldenstar SP holds an account at KeyBank ending in XXX1886 (the "Goldenstar Account").

4. On April 15, 2021, the Court entered its *Order Granting Recognition of Foreign Main Proceeding Pursuant to §§ 1515 and 1517 of the Bankruptcy Code and Granting Additional Relief* (the "Recognition Order"). D.E. 17. The Recognition Order recognized the Debtor's court-supervised liquidation pending in the Cayman Islands as a foreign main proceeding and the JLs as foreign representatives. D.E. 17.

5. Among other things, the Recognition Order entrusts the Foreign Representatives with "the full administration and realization of all or part of the Debtor's bankruptcy estate and assets within the territorial jurisdiction of the United States." D.E. 17, at ¶ 3.

## II.  Attempts to Obtain Control of the Goldenstar Account

6. As of the date of this Motion, KeyBank has no responded to several attempts by the Foreign Representative to gain control over the Goldenstar Account.

7. On March 23, 2021, the Foreign Representatives sent a letter (the "First Letter") to KeyBank, advising KeyBank that due to the Debtor's liquidation in the Cayman Islands, the Foreign Representatives' assumed control of Goldenstar SP and the Goldenstar Account. The Foreign Representatives also advised that they had the sole authority in connection with the Goldenstar Account and requested details regarding the account. The First Letter is attached hereto as **Exhibit "A"**.[2] KeyBank did not respond to the First Letter.

---

[2]  To avoid filing voluminous documents, the exhibits to the letter are no included.

2

8. On March 29 and 30, 2021, the Foreign Representatives sent four letters to KeyBank at the following addresses:

   a. KeyBank, Attn: Office of the General Counsel, Key Tower, 127 Public Square, Cleveland, OH 44114.

   b. KeyBank, Attn: Officer, Managing or General Agent, Key Tower, 127 Public Square, Cleveland OH 44114.

   c. KeyBank, Attn: Officer, Managing or General Agent, P.O. Box 93885, Cleveland, OH 44101-5885.

   d. KeyBank, Attn: Lisa Bertalan, by e-mail: lisa_bertalan@keybank.com.

These letters are hereinafter referred to as the "Second Set of Letters", which are attached hereto as **Exhibits "B"**, **"C"**, **"D"** and **"E"**.[3]

9. In the Second Set of Letters, the Foreign Representatives again advised KeyBank that due to the Debtor's liquidation in the Cayman Islands, the Foreign Representatives' assumed control of Goldenstar SP and the Goldenstar Account. Exs. B, C, D & E. The Foreign Representatives also advised that they do not authorize any action in connection with the Goldenstar Account. *Id.* KeyBank never responded to the Second Set of Letters.

10. On April 15, 2021, the Foreign Representatives sent two additional letters to the following KeyBank personnel:

   a. KeyBank, Attn: Jennifer Wedge, Vice President/Senior Relationship Officer, One Canal Plaza, Portland, Maine 04101.

   b. KeyBank, Attn: Neil Buitenhuys, by e-mail at Neil_C_Buitenhuys@KeyBank.com.

---

[3] To avoid filing voluminous documents, the exhibits to the letter are no included.

These letters are hereinafter referred to as the "Third Set of Letters," which are attached hereto as **Exhibit "F"** and **"G"**.[4] Like the First Letter and the Second Set of Letters, the Foreign Representatives advised of the Debtor's liquidation in the Cayman Islands and that they assumed control over Goldenstar SP and its accounts, including the Goldenstar Account. Exs. F & G. The Foreign Representatives also advised of the recognition of the Debtor's Cayman liquidation in the United States under Chapter 15 of the Bankruptcy Code. *Id.* Again, KeyBank did not respond to the Third Set of Letters.

11. On April 28, 2021, counsel for the Foreign Representatives, Gregory S. Grossman, had a telephonic communication with Jessica Morgans, KeyBank's branch manager in Albany, New York regarding the above letters. Mr. Grossman also advised of the entry of the Recognition Order and the Foreign Representatives' request to secure the Goldenstar Account. Mr. Grossman also provided Ms. Morgans with a copy of the Recognition Order. Ms. Morgans advised that she would forward the request to KeyBank's legal team. KeyBank also failed to respond to this request.

12. Given KeyBank's failure to respond to the communications above, on May 13, 2021, the Foreign Representatives issued a Rule 2004 Subpoena to KeyBank, requesting information relating to the Goldenstar Account. D.E. 22. KeyBank produced documentation showing that as of May 31, 2021, the Goldenstar Account held $2,395,314.37.

13. On June 9, 2021, counsel for the Foreign Representatives, Juan J. Mendoza, contacted KeyBank's subpoena processing department, advised of the above letters sent to KeyBank, and noted KeyBank's failure to respond. Mr. Mendoza requested that someone from the legal department respond to the letters to permit the Foreign Representatives to assume control of the Goldenstar Account. The processing agent advised that she would contact her manager and

---

[4] To avoid filing voluminous documents, the exhibits to the letter are no included.

that KeyBank would be in touch with the Foreign Representatives' attorneys. As of the date of this Motion, KeyBank has yet to respond.

## BASIS FOR RELIEF AND RELIEF REQUESTED

14. The Recognition Order entrusted the Foreign Representatives with the full administration and realization of all or a part of the Debtor's estate in the United States. D.E. 22, at ¶ 3.

15. Further, under section 1521(a)(7), the Court may grant to the foreign representative "the sort of relief that might be available to a trustee appointed in a full bankruptcy case, including the turnover of property belonging to the debtor." *In re Markus*, 610 B.R. 64, 76 (Bankr. S.D.N.Y. 2019) (quoting *In re Inversora Electrica de Buenos Aires S.A.*, 560 B.R. 650, 655 (Bankr. S.D.N.Y. 2016) (internal quotations omitted); *In re Tri-Continental Exch. Ltd.*, 349 B.R. 627, (Bankr. E.D. Cal. 2006) (permitting the turnover of funds to the foreign representative for administration of funds).

16. KeyBank has so far ignored the Foreign Representatives' multiple attempts to gain control of the Goldenstar Account.

17. Accordingly, the Foreign Representatives request an order from the Court pursuant to section 1521(a)(7) directing KeyBank National Association to turnover the funds held at the Goldenstar Account to the trust account of its counsel or to such other account in the United States that is specified by the Foreign Representatives.

WHEREFORE, the Foreign Representatives respectfully request that the Court enter an Order, in the form attached hereto as **Exhibit H**, directing KeyBank National Association to turnover the funds held in the Goldenstar Account to the trust account of the Foreign Representatives counsel or to such account as the Foreign Representatives specify, and any such further and other relief as the Court deems just and proper.

Dated: June 24, 2021

Respectfully submitted,
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email:  ggrossman@sequorlaw.com
jmendoza@sequorlaw.com

By: */s/ Juan J. Mendoza*
Gregory S. Grossman
Florida Bar No. 896667
Juan J. Mendoza
Florida Bar No.: 113587

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case as indicated on the service list on June 24, 2021.

By: */s/ Juan J. Mendoza*
Juan J. Mendoza

## SERVICE LIST

**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.
    **Gregory S Grossman**    ggrossman@sequorlaw.com, ngonzalez@sequorlaw.com
    **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

- KeyBank, Attn: Office of the General Counsel, Key Tower, 127 Public Square, Cleveland, OH 44114.
- KeyBank, Attn: Officer, Managing or General Agent, Key Tower, 127 Public Square, Cleveland OH 44114.
- KeyBank, Attn: Officer, Managing or General Agent, P.O. Box 93885, Cleveland, OH 44101-5885.
- KeyBank, Attn: Jennifer Wedge, Vice President/Senior Relationship Officer, One Canal Plaza, Portland, Maine 04101.
- KeyBank, Attn: Neil Buitenhuys, at Neil_C_Buitenhuys@KeyBank.com.
- KeyBank, Attn: Lisa Bertalan, at lisa_bertalan@keybank.com.
  - KeyBank, Attn: Jessica Morgans, at Jessica_Morgans@keybank.com.