*EXHIBIT "A"*



Governors Square · Building 3 · Ground Floor · 23 Lime Tree Bay Avenue
PO Box 31237 Grand Cayman · KY1-1205 · Cayman Islands

P +1 345 947 4700 · F +1 345 946 6728 · W KRyS-Global.com

23 March 2021

KeyBank

By E-mail Only: lisa_bertalan@keybank.com

Dear Ms. Bertalan,

RE:     Performance Insurance Company SPC (In Voluntary Liquidation) ("the Company")

We are writing to advise that, pursuant to a resolution passed by the shareholders of the Company on 26 February 2021, Neil Dempsey and Kenneth Krys of KRyS Global, Governors Square, Building 3, Ground Floor, 23 Lime Tree Bay Avenue, PO Box 31237, Grand Cayman, KY1-1205, Cayman Islands were appointed Joint Voluntary Liquidators ("JVLs") of the Company.  Please find enclosed a copy of the resolution.

Accordingly, the JVLs' have assumed control of the Company and its affairs.  All instructions previously held to the Company and / or authorized signatories on behalf of the Company now vest with the JVLs.

The JVLs' initial review of the books and records indicate that KeyBank holds (or previously held) the following account on behalf of one of the Segregated Portfolios of the Company ("the SPs"):

| Account Name | Account Number |
|---|---|
| Goldenstar Holdings Company SP | ▇▇▇▇1886 |

Please confirm whether the Company is an authorized signatory on the above account.

In addition, would you please provide me with the following information:

1. details of any additional bank accounts in the name of the Company and/or the SPs, other than that mentioned above, that are or were maintained with KeyBank;

2. the interest and charges accrued on each balance of the account(s) as at 26 February 2021;

3. details of any outstanding trade instruments, including letters of credit and export bills applied by or in favour of the Company and/or the SPs;

4. details of any security held for any balances, including third party guarantees and other security;

5. any contingent or other liabilities owed to KeyBank from the Company and/or the SPs;

KRyS Global is the brand used by a group of associated consulting firms, each of which practices in its own right and is an independent legal entity, and comprised of Krys & Associates Cayman Ltd., Krys & Associates (BVI) Ltd., Krys & Associates (Bermuda) Ltd., Krys Global (Guernsey) Ltd., Krys Global HK Ltd., Krys Global (UK) Limited, Krys & Associates Singapore Pte Ltd., and Krys Global USA, Inc. The brand and trademark KRyS Global and other intellectual property rights used by members of the group is owned by Krys & Associates Cayman Ltd.

Employees of KRyS Global may as a term of their contract act as compulsory liquidators, voluntary liquidators, receivers, administrators, other court appointed roles or directors.  While these roles normally are personal in nature, to the extent the employees of KRyS Global are undertaking such roles as servants and agents of the entities, they shall incur no personal liability by reason of their appointment and any such liability is expressly excluded.  Such liability to the extent one is determined falls on the legal entity for which they are employed or was contracted to undertake the assignment.

6. details of any charges, liens or restraints of which KeyBank has received notice from a third party, or of any arrangements with any other party by which that party has security in respect of the Company and/or the SPs;

7. details of any priority agreement entered into with any other charge holder in respect of the Company and/or the SPs;

8. documents of title and negotiable instruments held otherwise than as security in respect of the Company and/or the SPs; and,

9. confirmation of whether the Company and/or the SPs have the use of safe deposit boxes in KeyBank's custody.

If any of the above requests do not apply to the Company and/or the SPs, please note as such in your reply.

Should you have any queries or require any further information, please contact Nancy Changadeya at Nancy.Changadeya@KRyS-Global.com or on telephone at 345-947-4700.

Yours Sincerely
For and on behalf of
**Performance Insurance Company SPC (In Voluntary Liquidation)**

**Neil Dempsey**
Joint Voluntary Liquidator