*EXHIBIT "D"*

SEQUOR LAW, P.A.



March 29, 2021

Key Bank
Attn: Officer, Managing or General Agent
P.O. Box 93885
Cleveland, OH 44101-5885

Re:  Liquidation of Performance Insurance Company and Account(s) of Goldenstar Holdings Company SP

Dear Sirs:

This office represents Kenneth Krys and Neil Dempsey, the Joint Voluntary Liquidators (the "JVLs") of Performance Insurance Company SPC ("Performance Insurance"). I write in reference to the account(s) of one of Performance Insurance's segregated portfolios, Goldenstar Holdings Company SP ("Goldenstar"), including the account referenced above.

By letter dated March 23, 2021, the JVLs informed you of Performance Insurance's liquidation, and that they have assumed control of Performance Insurance and its affairs by resolution of its shareholders. Accordingly, the JVLs control the accounts held by Goldenstar at Key Bank, including account no. █████1886. The March 23, 2021 letter by the JVLs is enclosed as Exhibit 1 for your reference.

On March 19, 2021, the JVLs filed for recognition of Performance Insurance's liquidation under Chapter 15 of the United States Bankruptcy Code. The Petition for Recognition and accompanying papers are enclosed as Exhibit 2.

**Accordingly, the JVLs do not authorize any action in connection with Goldenstar's accounts without their prior written consent. Please be advised that the JVLs reserve all rights under all applicable laws, including under the United States Bankruptcy Code and Cayman law.**

Please feel free to contact me directly at ggrossman@sequorlaw.com or at (305) 372-8282 if you have any questions.

Sincerely,

*[signature]*

Gregory S. Grossman

Enc.

Sequor Law, P.A., 1111 Brickell Avenue, Suite 1250, Miami, Florida 33131, Phone: 305.372.8282 Web: www.sequorlaw.com