*EXHIBIT "G"*



April 15, 2021

***Via E-Mail Only***

Key Bank
Attn: Neil Buitenhuys
Neil_C_Buitenhuys@KeyBank.com

> **Re:**    ***Liquidation of Performance Insurance Company and Account(s) of Goldenstar Holdings Company SP***

Dear Mr. Buitenhuys:

This office represents Kenneth Krys and Neil Dempsey, the Joint Liquidators (the "JLs") of Performance Insurance Company SPC ("Performance Insurance"). I write in reference to the account(s) of one of Performance Insurance's segregated portfolios, Goldenstar Holdings Company SP ("Goldenstar"), including the account referenced above.

By letters dated March 23, 2021 and March 30, 2021, the JLs informed you of Performance Insurance's liquidation, and that they have assumed control of Performance Insurance and its affairs by resolution of its shareholders. Accordingly, the JLs control the accounts held by Goldenstar at Key Bank, including account no. ████1886. The March 23, 2021, and March 30, 2021 letters by the JLs are enclosed as Exhibit 1 for your reference.

On March 19, 2021, the JLs filed for recognition of Performance Insurance's liquidation under Chapter 15 of the United States Bankruptcy Code. The petition for recognition was granted by the Bankruptcy Court after a hearing held yesterday, April 13, 2021. The Bankruptcy Court will be entering an Order in the next few days reflecting its decision. In addition to the JL's rights under Cayman law, the recognition of Performance Insurance's liquidation triggered the imposition of the automatic stay under section 362 of the Bankruptcy Code as to Performance Insurance's property in the United States. *See* 11 U.S.C. § 1520(a)(1). The Petition for Recognition and accompanying papers are enclosed in Exhibit 1.

**Accordingly, please be advised that the JLs do not authorize any action in connection with Goldenstar's account(s), or any other account of Performance Insurance or its segregated portfolios, without the JLs prior written consent. The JLs reserve all rights under all applicable laws, including under the United States Bankruptcy Code and Cayman law.**

Key Bank
April 15, 2021
Page 2 of 2


      Please feel free to contact me directly at <u>ggrossman@sequorlaw.com</u> or at (305) 372-8282 if you have any questions.

Sincerely,

Gregory S. Grossman

Enclosure