*EXHIBIT "H"*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Performance Insurance Company SPC                         Chapter 15

    Debtor in a Foreign Proceeding.                          Case No.:  21-12609-AJC
_____/

**ORDER GRANTING RECOGNITION OF FOREIGN
MAIN PROCEEDING PURSUANT TO §§ 1515 AND 1517 OF
<u>THE BANKRUPTCY CODE AND GRANTING RELATED RELIEF</u>**

    This matter came on for hearing on _____ __, 2021 (the "Hearing"), upon the *Motion to Compel Turnover of Funds Held at KeyBank National Association* (the "Motion") [DE __] filed by Kenneth Krys and Neil Dempsey (the "Foreign Representatives"), the foreign representatives

of Performance Insurance Company SPC and its segregated portfolios[1] (collectively, the "Debtor"). The Court has considered the Motion, the record, and arguments of counsel at the Hearing, and is otherwise duly informed. Accordingly, it is

HEREBY ORDERED as follows:

1. KeyBank must turnover all funds held in Goldenstar Holdings Company SP's accounts to the Foreign Representatives and transfer such funds to the trust account of the Foreign Representatives' counsel or such other account in the United States as specified by the Foreign Representatives no later than five (5) business days after being served with this Order.

2. The Court shall retain jurisdiction to enforce the terms of this Order.

# # #

Submitted by:

Juan J. Mendoza, Esq.
SEQUOR LAW, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: jmendoza@sequorlaw.com

*(Juan J. Mendoza shall serve a copy of this Order on all interested parties entitled to service and file a certificate of service thereafter)*

---

[1] The Debtor contains twelve segregated portfolios (i) Bottini Insurance SP; (ii) Gen 1 Insurance Company SP; (iii) Goldenstar Holdings Company SP; (iv) Greystone Insurance SP; (v) Hudson York Insurance Company SP; (vi) Omega Insurance Company SP; (vii) Performance 5 SP; (viii) Prewett Insurance Company SP; (ix) Smart Insure SP; (x) SSS Insurance SP; (xi) Sustainable Insurance Company SP; and (xii) Triangle RGK SP.