UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

PERFORMANCE INSURANCE COMPANY SPC                    Chapter 15

    Debtor in a Foreign Proceeding.                  Case No.: 21-12609-AJC

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF PAPERS AND ELECTRONIC NOTIFICATION**

**PLEASE TAKE NOTICE** that Paul J. Battista, Esq., John H. Genovese, Esq. and the law firm of Genovese Joblove & Battista, P.A. (the "GJB Law Firm") hereby enter their appearance as counsel on behalf of the following Segregated Portfolios: (i) Gen-1 Insurance Company SP; (ii) Greystone Insurance Company SP; (iii) Prewett Insurance SP; (iv) Smart Insure SP; and (v) Triangle RGK SP.  In accordance with Bankruptcy Rule 2002 and Local Rule 9010-1, all parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings, whether filed by the Court, the Debtor, or any other party in interest, upon said counsel.

In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

**Paul J. Battista, Esq.
John H. Genovese, Esq.
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, 44th Floor
Miami, Florida 33131
Tel: (305) 349-2300
Email: pbattista@gjb-law.com
Email: jgenovese@gjb-law.com**

**Dated this 6th day of July 2021.**

Respectfully submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Attorneys for Gen-1 Insurance Company SP,*
*Greystone Insurance Company SP,*
*Prewett Insurance SP, Smart Insure SP, and*
*Triangle RGK SP*
100 Southeast 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By: /s/ *Paul J. Battista*
    Paul J. Battista, Esq.
    Florida Bar No. 884162
    pbattista@gjb-law.com
    John H. Genovese, Esq.
    Florida Bar No. 280852
    jgenovese@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance has been served via CM/ECF Notification to all parties registered to receive electronic notice on this 6th day of July 2021.

By: /s/ *Paul J. Battista*
    Paul J. Battista, Esq.