# EXHIBIT D

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:20-CV-00330-DJH-LLK |
| THE AMBASSADOR GROUP LLC d/b/a ) | |
| AMBASSADOR CAPTIVE SOLUTIONS; ) | Judge David J. Hale |
| GAGLIARDI INSURANCE SERVICES, INC.; ) | |
| GOLDENSTAR SPECIALTY INSURANCE, ) | Magistrate Judge Lanny King |
| LLC; PERFORMANCE INSURANCE ) | |
| COMPANY SPC on behalf of GOLDENSTAR ) | |
| HOLDINGS COMPANY SP and on behalf of ) | |
| SMART INSURE SP; and BRANDON WHITE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |
| ) | |
| STATE NATIONAL INSURANCE ) | |
| COMPANY, INC. and NATIONAL ) | |
| SPECIALTY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE AMBASSADOR GROUP LLC d/b/a ) | |
| AMBASSADOR CAPTIVE SOLUTIONS; ) | |
| BRANDON WHITE; PERFORMANCE ) | |
| INSURANCE COMPANY SPC; EPREMIUM ) | |
| INSURANCE AGENCY, LLC; and ) | |
| GAGLIARDI INSURANCE SERVICES, INC., ) | |
| ) | |
| Defendants in Intervention. ) | |

**CONSENT ORDER TO MAINTAIN THE STATUS QUO**

Plaintiff-Intervenors State National Insurance Company, Inc. and National Specialty Insurance Company (collectively "State National") and Defendants in Intervention The Ambassador Group LLC d/b/a Ambassador Captive Solutions ("Ambassador"), Brandon White ("White"), Performance Insurance Company SPC ("Performance"), ePremium Insurance Agency, LLC ("ePremium") and Gagliardi Insurance Services, Inc. ("Gagliardi") (collectively, the "Defendants") jointly request entry of this Consent Order, which is intended to maintain the status quo and protect the parties' respective interests for the duration of this case.

**WHEREAS**, State National has intervened in this action and has filed an Amended Complaint in Intervention against Defendants (ECF No. 47) seeking relief in connection with the following seven alleged fraudulent schemes, and as described and defined in the Amended Complaint in Intervention:

    a. The alleged counterfeit policies issued to Madera Residential, LLC ("Madera") purporting to provide homeowners and personal liability insurance to residents in real estate developments across Texas (the "Madera Program");

    b. The alleged counterfeit policies issued through Gagliardi purporting to provide accident and health and general liability, as applicable, insurance primarily to youth sports teams, leagues and athletes throughout the United States (the "Gagliardi Program");

    c. The alleged counterfeit policies issued to Royal Waste Services, Inc. ("Royal Waste") purporting to provide automobile, workers compensation and general liability fleet insurance for commercial waste removal operations in New York (the "Royal Waste Program");

    d. The alleged counterfeit policies issued to Triangle Grading and Paving ("Triangle") purporting to provide automobile, general liability and workers compensation

2

      insurance for construction operations in the North Carolina area (the "Triangle Program");

e. The alleged counterfeit policies issued to Iron Woman Construction and Environmental Services, LLC ("Iron Woman") purporting to provide automobile, general liability and workers compensation insurance for construction operations in the Colorado and Nevada areas (the "Iron Woman Program");

f. The alleged counterfeit policies issued to Omega Family Services ("Omega") purporting to provide medical coverage to family surrogacy services clients in the California area (the "Omega Program"); and

g. The alleged counterfeit policies issued through ePremium purporting to provide renters and property insurance coverage to ePremium and Sandhills Insurance Group, LLC d/b/a InsureStays clients who are tenants and property managers throughout the United States (the "ePremium Program").

**WHEREAS**, in connection with the seven alleged fraudulent schemes, State National seeks injunctive relief on its claims for: (1) trademark infringement, unfair competition and false designation of origin under the Lanham Act, 15 U.S.C. §§ 1125(a), 1116 and 1117; (2) indirect, contributory, and vicarious infringement under the Lanham Act, 15 U.S.C. §§ 1114, 1116 and 1117; (3) misappropriation of name under Kentucky common law; (4) deceptive trade practices and unfair competition under Kentucky, New York and Texas common law; and (5) insurance fraud under KRS §§ 304.47-020(1)(d), (1)(g) and (6);

**WHEREAS**, Defendants represent and warrant that they are not currently issuing any policies or certificates in State National's name connected in any way to the alleged Madera Program, Gagliardi Program, Royal Waste Program, Triangle Program, Iron Woman Program, Omega Program and ePremium Program;

**WHEREAS**, Defendants represent and warrant that there are no known claims currently pending against State National, and there is no known basis for any claims to be made against State National, in connection with the alleged Madera Program, Gagliardi Program, Royal Waste Program, Triangle Program, Iron Woman Program, Omega Program and ePremium Program;

**WHEREAS**, without admitting any liability or any of the allegations set forth by State National, Defendants represent and warrant that, with the exception of the Madera Program, Gagliardi Program, Royal Waste Program, Triangle Program, Iron Woman Program, Omega Program and ePremium Program, they are not involved, and have not been involved, in any other insurance programs involving the use or sale of policies or certificates of insurance bearing the State National name;

**WHEREAS**, State National represents and warrants that it never agreed to provide its authorization to any of the Defendants to issue any policies or certificates in State National's name connected in any way to the alleged Madera Program, Gagliardi Program, Royal Waste Program, Triangle Program, Iron Woman Program, Omega Program and ePremium Program; and

**WHEREAS**, State National and Defendants have agreed to the entry of this Consent Order based on the representations and warranties set forth herein, and without waiving any rights and expressly preserving all claims and defenses;

**IT IS HEREBY ORDERED, ON CONSENT OF THE PARTIES:**

1. By entering into this Consent Order, State National is not limiting its claims and Defendants are not admitting liability or waiving any defenses or any other rights they have. Rather, this Consent Order is being entered into to avoid unnecessary judicial proceedings, preserve resources, maintain the status quo, and protect the parties' rights pending further proceedings in this Court.

2. Defendants, their agents, employees, officers, attorneys, successors, assigns and all persons in active concert or participation with any of them shall not represent to anyone that State National issued any insurance policies or insurance certificates, or is responsible for any loss, with respect to the Madera Program, Gagliardi Program, Royal Waste Program, Triangle Program, Iron Woman Program, Omega Program and ePremium Program.

3. Defendants, their agents, employees, officers, attorneys, successors, assigns and all persons in active concert or participation with any of them shall not issue any additional insurance policies or certificates bearing the State National name.

4. Defendants, their agents, employees, officers, attorneys, successors, assigns and all persons in active concert or participation with any of them shall not use in any manner State National's name in offering for sale, selling, distributing or advertising any and all goods or services, including, but not limited to, all insurance products, insurance policies, certificates of insurance, insurance forms or any other documents purporting to evidence insurance.

5. Defendants, their agents, employees, officers, attorneys, successors, assigns and all persons in active concert or participation with any of them shall not transfer, diminish or dissipate monies received from the sale of any insurance policies or certificates bearing the State National name and received in connection with the Madera Program, Gagliardi Program, Royal Waste Program, Triangle Program, Iron Woman Program and Omega Program other than to adjust, pay or settle claims made by policyholders and certificate holders in the normal course.

6. On or before October 23, 2020, Defendant ePremium shall either (a) secure replacement insurance coverage for any insurance policies bearing State National's name in connection with the ePremium Program, such that another insurance carrier agrees to assume responsibility for any and all losses purportedly covered by State National at any point in time; or

5

(b) provide notice (1) by U.S. mail at their last known address, or (2) if no known address is available, via electronic mail, to each policyholder who was issued an insurance policy bearing State National's name and to each certificate holder who was issued a certificate of insurance bearing State National's name in connection with the ePremium Program, that the insurance policies and certificates bearing State National's name are not effective and there is no coverage from State National under the policies and certificates.

7. On or before October 23, 2020, Defendant Gagliardi shall either (a) secure replacement insurance coverage for any insurance policies bearing State National's name in connection with the Gagliardi Program, such that another insurance carrier agrees to assume responsibility for any and all losses purportedly covered by State National at any point in time; or (b) provide notice (1) by U.S. mail at their last known address, or (2) if no known address is available, via electronic mail, to each policyholder who was issued an insurance policy bearing State National's name and to each certificate holder who was issued a certificate of insurance bearing State National's name in connection with the Gagliardi Program, that the insurance policies and certificates bearing State National's name are not effective and there is no coverage from State National under the policies and certificates.

8. This Consent Order shall remain in effect for the duration of this case.

**CONSENTED TO BY**:

| *Counsel for Plaintiffs-Intervenors State National Insurance Company, Inc. and National Specialty Insurance Company* | *Counsel for Defendants in Intervention The Ambassador Group LLC d/b/a Ambassador Captive Solutions and Brandon White* |
|---|---|
| */s/  Peter J. Rosene* | */s/  Elisabeth S. Gray* |
| Jack A. Wheat<br>Peter J. Rosene<br>**McBRAYER PLLC**<br>500 W. Jefferson St., Suite 2400<br>Louisville, KY 40202<br>Phone:  (502) 327-5400<br>jwheat@mcbrayerfirm.com<br>prosene@mcbrayerfirm.com<br><br>- and –<br><br>Steven T. Whitmer (*pro hac vice*)<br>Julie L. Young (*pro hac vice*)<br>**LOCKE LORD LLP**<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Phone:  (312) 443-0700<br>swhitmer@lockelord.com<br>jyoung@lockelord.com | Elisabeth S. Gray<br>Brian P. McGraw<br>**MIDDLETON REUTLINGER**<br>401 S. Fourth Street, Suite 2600<br>Louisville, KY 40202<br>Phone:  (502) 584-1135<br>egray@middletonlaw.com<br>bmcgraw@middletonlaw.com<br><br>- and –<br><br>Christopher E. Schaefer<br>Douglas C. Ballantine<br>Kevin A. Imhof<br>**STOLL KEENON OGDEN PLLC**<br>500 W. Jefferson Street, Suite 2000<br>Louisville, KY 40202<br>Phone:  (502) 333-6000<br>christopher.schaefer@skofirm.com<br>douglas.ballantine@skofirm.com<br>kevin.imhof@skofirm.com |
| *Counsel for Defendant in Intervention Performance Insurance Company SPC* | *Counsel for Defendant in Intervention Gagliardi Insurance Services, Inc.* |
| */s/  Elisabeth S. Gray* | */s/  Ellen Arvin Kennedy* |
| Elisabeth S. Gray<br>Brian P. McGraw<br>**MIDDLETON REUTLINGER**<br>401 S. Fourth Street, Suite 2600<br>Louisville, KY 40202<br>Phone:  (502) 584-1135<br>egray@middletonlaw.com<br>bmcgraw@middletonlaw.com | Ellen Arvin Kennedy<br>John M. Spires<br>**DINSMORE & SHOHL LLP**<br>100 West Main Street, Suite 900<br>Lexington, KY 40507<br>Phone:  (859) 425-1000<br>ellen.kennedy@dinsmore.com<br>john.spires@dinslaw.com |

| | |
|---|---|
| *Counsel for Defendant in Intervention ePremium Insurance Agency, LLC* <br><br> */s/ Donald J. Kelly* <br><br> Donald J. Kelly <br> **WYATT, TARRANT & COMBS, LLP** <br> 400 West Market Street <br> Suite 2000 <br> Louisville, KY 40202 <br> Phone: (502) 562-7327 <br> dkelly@wyattfirm.com | |