# EXHIBIT F



*Legal Counsel.*

DINSMORE & SHOHL LLP
100 West Main Street, Suite 900
Lexington, Kentucky 40507
www.dinsmore.com

Ellen Arvin Kennedy
(859) 425-1020 (direct) ^ (859) 425-1099 (fax)
ellen.kennedy@dinsmore.com

September 22, 2020

**VIA ELECTRONIC MAIL**
Adam Kaiser, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Adam.kaiser@alston.com

RE:  Lexington Insurance Company v. the Ambassador Group LLC, et al.

Dear Adam:

    It was a pleasure to meet you this morning and I appreciate your time discussing this case. Per our conversation, please find enclosed a balance statement for September 18, 2020, from Keybank, in response to your letter dated September 18, 2020 requesting this information pursuant to a prior order entered by the court. The current balance in the Goldenstar Holdings Company is $2,488,176.23. It is Goldenstar Holdings Company's intention to maintain this balance until this matter can be resolved.

    If you have any questions, please give me a call. I look forward to hearing from you.

Sincerely,

Ellen Arvin Kennedy

EAK/rp
*Enclosures*

# Previous Day Summary

**Report:**

**Report Date: Sep 18, 2020**  generated Sep 21, 2020 12:42 AM EDT

## Total Balances

| Closing Ledger | Closing Available | 1 Day Float | 2+ Day Float | Total Credits | Total Debits | Opening Available |
|---|---|---|---|---|---|---|
| **$2,488,176.23** | **$2,488,176.23** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,488,176.23** |

### Bank: Keybank National Association

| Account Name | Account # | Closing Ledger | Closing Avail. | 1 Day Float | 2+ Day Float | Total Credits | Total Debits | Opening Available |
|---|---|---|---|---|---|---|---|---|
| Goldenstar Holdings Company Sp | ███ | $2,488,176.23 | $2,488,176.23 | $0.00 | $0.00 | $0.00 | $0.00 | $2,488, |
| **Bank Totals:** | | **$2,488,176.23** | **$2,488,176.23** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,488,** |