UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Performance Insurance Company SPC                    Chapter 15

                                                                    Case No.:  21-12609-AJC

      Debtor in a Foreign Proceeding.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the Order on Motion of Foreign Representatives to Compel Turnover of Funds Held at KeyBank National Association (D.E. 34) was sent (a) via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case as listed on the Service List and (b) on this date to the other persons who are not CM/ECF participants as indicated on the Service List below.

Dated: July 16, 2021                              Respectfully submitted,

                                                            SEQUOR LAW, P.A.
                                                            1111 Brickell Avenue, Suite 1250
                                                            Miami, Florida 33131
                                                            Telephone: (305) 372-8282
                                                            Facsimile: (305) 372-8202
                                                            Email:  ggrossman@sequorlaw.com
                                                                               jmendoza@sequorlaw.com

                                    By:    */s/ Juan J. Mendoza*
                                                           Gregory S. Grossman
                                                           Florida Bar No. 896667
                                                           Juan J. Mendoza
                                                          Florida Bar No.: 113587

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Paul J. Battista**    pbattista@gjb-law.com,  gjbecf@gjb-law.com; chopkins@gjb-law.com; jzamora@gjb-law.com; gjbecf@ecf.courtdrive.com; vlambdin@gjb-law.com
- **Steven J Brotman**    Steven.brotman@lockelord.com, Irene.rabba@lockelord.com
- **Robert F. Elgidely**    RElgidely@foxrothschild.com, bserrano@foxrothschild.com; rsolomon@foxrothschild.com
- **Gregory S Grossman**    ggrossman@sequorlaw.com, ngonzalez@sequorlaw.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John T. Rogerson III**    john.rogerson@arlaw.com, dana.tompkins@arlaw.com; richene.oliver@arlaw.com; philip.navarro@arlaw.com

**Manual Notice List**

The following is the list of **parties** who will receive via US Mail:

Leib M Lerner
333 S Hope St, 16th FL
Los Angeles, CA 90071

Aaron C. Smith
Locke Lord LLP
111 South Wacker Dr., Suite 4100
Chicago, IL 60606

Geoffrey C Williams
90 Park Avenue, 15th Floor
New York, NY 10016-1387

KeyBank
Attn: Officer, Managing or General Agent
Key Tower, 127 Public Square
Cleveland OH 44114

KeyBank
Attn: Officer, Managing or General Agent
P.O. Box 93885
Cleveland, OH 44101-5885

KeyBank
Attn: Jennifer Wedge
Vice President/Senior Relationship Officer
One Canal Plaza
Portland, Maine 04101

KeyBank
3507 Kyoto Gardens Drive
Palm Beach Gardens, Florida 33410
Attn:  Branch Manager

**Via US Mail & Certified Mail Return Receipt Requested**

KeyBank,
Attn: Office of the General Counsel
Key Tower, 127 Public Square
Cleveland, OH 44114

The following is the list of **parties** who will receive via E-Mail:

- **KeyBank,** Attn: Neil Buitenhuys, at Neil_C_Buitenhuys@KeyBank.com
- **KeyBank,** Attn: Lisa Bertalan, at lisa_bertalan@keybank.com
- **KeyBank**, Attn: Jessica Morgans, at Jessica_Morgans@keybank.com

SEQUOR LAW, P.A.