

ORDERED in the Southern District of Florida on October 12, 2021.

A. Jay Cristol, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| In re:<br><br>Performance Insurance Company SPC,<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 21-12609 (AJC) |

**ORDER GRANTING MOTION FOR *EX PARTE* ORDER APPROVING
STIPULATION TO GRANT RELIEF FROM THE STAY FOR
AIG TO FILE AMENDED COMPLAINT IN KENTUCKY DISTRICT COURT**

This case came before the Court upon Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, and American International Group, Inc.'s Motion For *Ex Parte* Order Approving Stipulation to Grant Relief From the Stay to File Amended Complaint in Kentucky District Court ("Motion"). The Court has reviewed the Motion and finds that it is appropriate and that the Motion be granted. Accordingly, it is –

**ORDERED** as follows:

1.      The Motion is granted.

2

    2.       The Stipulation attached to the Motion is approved.

# # #

Attorney, John T. Rogerson III, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this order.