UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Performance Insurance Company SPC                    Chapter 15

    Debtor in a Foreign Proceeding.                    Case No.:  21-12609-AJC
_____/

**MOTION TO COMPEL TURNOVER OF FUNDS
HELD AT TRUIST BANK**

Kenneth Krys and Neil Dempsey (the "JLs" or the "Foreign Representatives"), the Official Joint Liquidators of Performance Insurance Company SPC and its segregated portfolios[1] (collectively, the "Debtor"), file this *Motion to Compel Turnover of Funds Held at Truist Bank* (the "Motion"), seeking an order directing Truist Bank ("Truist") to turnover the funds in the bank accounts held by Performance 5 SP, one of the Debtor's segregated portfolios. In support of their Motion, the Foreign Representatives state as follows:

**RELEVANT FACTS**

**I.      Background**

1.      The Debtor is a segregated portfolio company ("SPC") incorporated in the Cayman Islands. D.E. 2, at 14.

2.      The Debtor operates in the captive insurance industry through its 12 Segregated Portfolios. One of these segregated portfolios is Performance 5 SP ("Performance 5").

---

[1] The Debtor's segregated portfolios are: (i) Bottini Insurance SP; (ii) Gen 1 Insurance Company SP; (iii) Goldenstar Holdings Company SP; (iv) Greystone Insurance SP; (v) Hudson York Insurance Company SP; (vi) Omega Insurance Company SP; (vii) Performance 5 SP; (viii) Prewett Insurance Company SP; (ix) Smart Insure SP; (x) SSS Insurance SP; (xi) Sustainable Insurance Company SP; and (xii) Triangle RGK SP. These twelve segregated portfolios are hereinafter referred to as the "Segregated Portfolios."

3. On April 15, 2021, the Court entered its *Order Granting Recognition of Foreign Main Proceeding Pursuant to §§ 1515 and 1517 of the Bankruptcy Code and Granting Additional Relief* (the "Recognition Order"). D.E. 17. The Recognition Order recognized the Debtor's court-supervised liquidation pending in the Cayman Islands as a foreign main proceeding and the JLs as foreign representatives. D.E. 17.

4. Among other things, the Recognition Order entrusts the Foreign Representatives with "the full administration and realization of all or part of the Debtor's bankruptcy estate and assets within the territorial jurisdiction of the United States." D.E. 17, at ¶ 3.

5. Performance 5 holds at least two accounts at Truist Bank ending in XXXXXXXXX5102 and XXXXXX1758 (the "Performance 5 Accounts"). These accounts were opened prior to the liquidation of the Debtor. As of August 2021, the Performance 5 Accounts held $99,878.49 in total.

## II. Attempts to Obtain Control of the Truist Accounts

6. As of the date of this Motion, Truist has not responded to several attempts made by the Foreign Representatives to gain control over the Truist Accounts.

7. The Foreign Representatives have been in communication with Truist representatives since August 2021 to obtain control of the Performance 5 Accounts. Truist, through its agent, advised that such change in control would require the Foreign Representatives to attend one of their branches to effect the transfer of the accounts.

8. An agent for the Foreign Representatives visited separate Truist branches located in Indiana and Kentucky to transfer the funds in the Performance 5 Accounts to a new account controlled by the Foreign Representatives, but Truist advised that it could not effect this transfer. *See* Correspondences with Jennifer Thomas, attached hereto as **Exhibit "A"**. Though Ms. Thomas

advised that there should be no issue effecting the transfer, the various attempts to effect the transfer by the Foreign Representatives were rebuffed.  Ex. A.

9. On February 10, 2022, the Foreign Representatives sent a letter (the "Demand Letter") to Jennifer Thomas, the Administrative Assistant to Truist's Market President, the Truist representative they had been in contact.  The Demand Letter is attached hereto as **Exhibit "B"**.  The Demand Letter advised Truist that due to the Debtor's liquidation in the Cayman Islands, the Foreign Representatives' assumed control of Performance 5 SP and the Performance 5 Accounts.  Ex. B.  The Foreign Representatives also advised that they have the sole authority in connection with the Performance 5 Accounts and demanded the turnover of funds in the Performance 5 Accounts within 10 business days.  Ex. B.

10. On February 17, 2022, Ms. Thomas advised that she forwarded the Demand Letter to Truist's Bankruptcy Department "to help you get everything completed."  *See* February 17, 2022 Correspondence from Jennifer Thomas, attached hereto as **Exhibit "C"**.  As of the date of this Motion, Truist has yet to respond to the Demand Letter or otherwise transfer Performance 5 Accounts funds to the Foreign Representatives.

## BASIS FOR RELIEF AND RELIEF REQUESTED

11. By this Motion, the Foreign Representatives request the entry of an Order directing Truist Bank to transfer the funds held in the Performance 5 Accounts to the Foreign Representatives.

12. The Recognition Order entrusted the Foreign Representatives with the full administration and realization of all or a part of the Debtor's estate in the United States. D.E. 22, at ¶ 3.

13. Further, under section 1521(a)(7), the Court may grant to the foreign representative "the sort of relief that might be available to a trustee appointed in a full bankruptcy case, including

the turnover of property belonging to the debtor." *In re Markus*, 610 B.R. 64, 76 (Bankr. S.D.N.Y. 2019) (quoting *In re Inversora Electrica de Buenos Aires S.A.*, 560 B.R. 650, 655 (Bankr. S.D.N.Y. 2016) (internal quotations omitted); *In re Tri-Continental Exch. Ltd.*, 349 B.R. 627, (Bankr. E.D. Cal. 2006) (permitting the turnover of funds to the foreign representative for administration of funds).

14. Truist has so far ignored the Foreign Representatives' multiple attempts to gain control of the Performance 5 Accounts.

15. Accordingly, the Foreign Representatives request an order from the Court pursuant to section 1521(a)(7) directing Truist Bank to turn over the funds held in the Performance 5 Accounts to the trust account of the Foreign Representatives' counsel or to such other account in the United States that is specified by the Foreign Representatives.

WHEREFORE, the Foreign Representatives respectfully request that the Court enter an Order, in the form attached hereto as **Exhibit "D"**, directing Truist Bank to turn over the funds held at the Performance 5 Accounts to the trust account of the Foreign Representatives' counsel or to such other account in the United States that is specified by the Foreign Representatives, and any such further and other relief as the Court deems just and proper.

Dated: March 8, 2022

Respectfully submitted,
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email:  ggrossman@sequorlaw.com
          jmendoza@sequorlaw.com

By:   */s/ Juan J. Mendoza*
      Gregory S. Grossman
      Florida Bar No. 896667
      Juan J. Mendoza
      Florida Bar No.: 113587

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case as indicated on the service list on March 8, 2022.

           By: */s/ Juan J. Mendoza*
              Juan J. Mendoza

## SERVICE LIST

**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.
  **Gregory S Grossman**  ggrossman@sequorlaw.com, ngonzalez@sequorlaw.com
  **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

- Truist Bank, Attn: Jennifer Thomas, Commercial Litigation Specialist, 214 N Tryon Street, 34th Floor, Charlotte, NC 28202.
- Truist Bank, Attn: Jennifer Thomas, at Jenn.Thomas@truist.com.
- Truist Bank, Attn: Bankruptcy Department, at defaultbankruptcymanagement@truist.com.
- Truist Bank, Attn: Margaret Rowlett, Branch Manager, 401 W Main St. Suite 100, Louisville, KY 40202-2935.
- Truist Bank, 4210 Charlestown Rd., New Albany, IN 47150-9567.