UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Performance Insurance Company SPC                    Chapter 15

    Debtor in a Foreign Proceeding.                    Case No.: 21-12609-AJC
_____/

**NOTICE OF WITHDRAWAL THE FOREIGN REPRESENTATIVES' MOTION
TO COMPEL TURNOVER OF FUNDS HELD AT TRUIST BANK AND
<u>REQUEST FOR CANCELLATION OF HEARING</u>**

Kenneth Krys and Neil Dempsey (the "Foreign Representatives"), the Official Joint Liquidators of Performance Insurance Company SPC and its segregated portfolios[1] (collectively, the "Debtor"), file this notice of withdrawal of their *Motion to Compel Turnover of Funds Held at Truist Bank* (the "Motion") [D.E. 40], filed on March 8, 2022.

1. The Motion sought entry of an order compelling Truist Bank to turnover to the Foreign Representatives the funds held in the accounts of Performance 5 SP ("Performance 5"), one of the Debtor's segregated portfolios.

2. The Foreign Representatives are withdrawing their Motion based on Truist Bank's compliance with the relief sought in the Motion. After Truist Bank was served with the Motion, Truist Bank turned over to the Foreign Representatives the funds held in the Performance 5 accounts. Accordingly, the relief requested in the Motion is now moot.

---

[1] The Debtor's segregated portfolios are: (i) Bottini Insurance SP; (ii) Gen 1 Insurance Company SP; (iii) Goldenstar Holdings Company SP; (iv) Greystone Insurance SP; (v) Hudson York Insurance Company SP; (vi) Omega Insurance Company SP; (vii) Performance 5 SP; (viii) Prewett Insurance Company SP; (ix) Smart Insure SP; (x) SSS Insurance SP; (xi) Sustainable Insurance Company SP; and (xii) Triangle RGK SP. These twelve segregated portfolios are hereinafter referred to as the "Segregated Portfolios."

SEQUOR LAW, P.A.

3.  Further, the Foreign Representatives request that the Court cancel the hearing on the Motion, scheduled for March 24, 2022, at 2:00 p.m.

Dated: March 21, 2022                     Respectfully submitted,

                                          SEQUOR LAW, P.A.
                                        1111 Brickell Avenue, Suite 1250
                                        Miami, Florida 33131
                                        Telephone: (305) 372-8282
                                        Facsimile: (305) 372-8202
                                        Email: ggrossman@sequorlaw.com
                                                                 jmendoza@sequorlaw.com

                                  By:     */s/ Juan J. Mendoza*
                                          Gregory S. Grossman
                                          Florida Bar No. 896667
                                          Juan J. Mendoza
                                          Florida Bar No.: 113587

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case as indicated on the service list on March 21, 2022.

                                  By:     */s/ Juan J. Mendoza*
                                          Juan J. Mendoza

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

      **Gregory S Grossman**    ggrossman@sequorlaw.com, ngonzalez@sequorlaw.com
      **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

- Truist Bank, Attn: Jennifer Thomas, Commercial Litigation Specialist, 214 N Tryon Street, 34th Floor, Charlotte, NC 28202.
- Truist Bank, Attn: Jennifer Thomas, at Jenn.Thomas@truist.com.
- Truist Bank, Attn: Bankruptcy Department, at defaultbankruptcymanagement@truist.com.
- Truist Bank, Attn: Margaret Rowlett, Branch Manager, 401 W Main St. Suite 100, Louisville, KY 40202-2935.
- Truist Bank, 4210 Charlestown Rd., New Albany, IN 47150-9567.

SEQUOR LAW, P.A.