

**ORDERED in the Southern District of Florida on April 15, 2022.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

PERFORMANCE INSURANCE COMPANY SPC             Chapter 15

    Debtor in a Foreign Proceeding.             Case No.:  21-12609-AJC
_____/

### ORDER GRANTING MOTION TO ADD ANGELA BARKHOUSE AS ADDITIONAL FOREIGN REPRESENTATIVE WITH RESPECT TO TWO OF THE DEBTOR'S SEGREGATED PORTFOLIOS

This matter came on for hearing on April 14, 2022 (the "Hearing"), upon the *Motion to Add Angela Barkhouse as Additional Foreign Representative with Respect to Two of the Debtor's Segregated Portfolios* (the "Motion")[1] [DE 45] filed by Angela Barkhouse (the "Additional JOL"), the additional joint official liquidator of Performance Insurance Company SPC (the

---

[1] Unless otherwise indicated, capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

"Debtor") with respect to the Debtor's segregated portfolios Bottini Insurance SP and SSS Insurance SP. The Court has considered the Motion, the record, and the arguments of counsel presented at the Hearing. The Court finds that Angela Barkhouse qualifies as a foreign representative of the Debtor as defined in 11 U.S.C. § 101(24) solely with respect to Bottini Insurance SP and SSS Insurance SP. Accordingly, it is

    **ORDERED** as follows:

1. The Motion is GRANTED.

2. Angela Barkhouse is acknowledged as a foreign representative of the Debtor solely with respect to Bottini Insurance SP and SSS Insurance SP.

3. Angela Barkhouse is entrusted with the administration and realization of the Debtor solely with respect to the Debtor's segregated portfolios Bottini Insurance SP and SSS Insurance SP, and shall have the authority to act independently to carry out any of her duties with respect to Bottini Insurance SP and SSS Insurance SP only and to the exclusion of Kenneth Krys and Neil Dempsey.

4. For the avoidance of doubt, this Order does not prejudice or otherwise affect any of the rights and duties of Kenneth Krys and Neil Dempsey as foreign representatives of the Debtor and its other segregated portfolios.

                              # # #

Submitted by:
Juan J. Mendoza, Esq.
SEQUOR LAW, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: jmendoza@sequorlaw.com

*(Juan J. Mendoza shall serve a copy of this Order on all interested parties entitled to service and file a certificate of service thereafter)*