UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

PERFORMANCE INSURANCE COMPANY SPC                    Chapter 15
                                                     Case No.: 21-12609-AJC
    Debtor in a Foreign Proceeding.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Order Granting Ex-Parte Unopposed Motion for Relief from Certain Provisions of Recognition Order, to Repatriate funds to JOLS in the Cayman Islands, and for Related Relief (D.E. 51) was sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via US Mail to all participants who are not on the list to receive e-mail notice/service for this case as indicated on the Service List on August 22, 2022.

                        Respectfully submitted,

                        SEQUOR LAW, P.A.
                        1111 Brickell Avenue, Suite 1250
                        Miami, Florida 33131
                        Telephone: (305) 372-8282
                        Facsimile: (305) 372-8202
                        Email: ggrossman@sequorlaw.com
                                      jmendoza@sequorlaw.com

By:    */s/ Juan J. Mendoza*
          Gregory S. Grossman
          Florida Bar No. 896667
          Juan J. Mendoza
          Florida Bar No.: 113587

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Paul J. Battista**    pbattista@gjb-law.com; gjbecf@gjb-law.com; cscavone@gjb-law.com; gjbecf@ecf.courtdrive.com; vlambdin@gjb-law.com; jsardina@gjb-law.com
- **Steven J Brotman**    Steven.brotman@lockelord.com; Irene.rabba@lockelord.com; AutoDocket@lockelord.com
- **Robert F. Elgidely**    RElgidely@foxrothschild.com; bserrano@foxrothschild.com; rsolomon@foxrothschild.com
- **Juan J Mendoza**    jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John T. Rogerson III**    john.rogerson@arlaw.com; dana.tompkins@arlaw.com; richene.oliver@arlaw.com; philip.navarro@arlaw.com

**Manual Notice List**

The following is the list of **parties** who will receive via US Mail:

**Leib M Lerner**
333 S Hope St, 16th FL
Los Angeles, CA 90071

**Aaron C. Smith**
Locke Lord LLP
111 South Wacker Dr., Suite 4100
Chicago, IL 60606

**Geoffrey C Williams**
90 Park Avenue, 15th Floor
New York, NY 10016-1387