

**ORDERED in the Southern District of Florida on November 10, 2022.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

PERFORMANCE INSURANCE COMPANY SPC          Chapter 15

    Debtor in a Foreign Proceeding.          Case No.: 21-12609-AJC
_____/

### ORDER GRANTING MOTION TO AUTHORIZE DISTRIBUTION OF ESTATE FUNDS HELD IN THE UNITED STATES TO THE CAYMAN ISLANDS

THIS CAUSE came before the Court on November 10, 2022, (the "Hearing") upon the *Motion to Authorize the Distribution of Estate Funds Held in the United States to the Cayman Islands* (the "Motion") [DE 57] filed by Kenneth Krys and Neil Dempsey (the "Foreign Representatives"), the Official Joint Liquidators of Performance Insurance Company SPC (the

"SPC") and ten of its twelve segregated portfolios[1] (collectively, the "Debtor").  The Court has considered the Motion, the record, and arguments of counsel for the Foreign Representatives and Lexington Insurance at the Hearing, and finds that the interests of the Debtor's U.S. creditors are sufficiently protected under the Debtor's Cayman Liquidation.  Accordingly, it is

**ORDERED** that:

1. The Motion is GRANTED as set forth below.

2. The Foreign Representatives are authorized and entrusted with the distribution of the funds in the United States bank accounts of segregated portfolios Hudson York Insurance Company SP and Performance 5 SP, to such account in the Cayman Islands as specified by the Foreign Representatives.

3. For avoidance of doubt, nothing in this Order is intended to provide relief with respect to Goldenstar Holdings Company SP, one of the Debtor's segregated portfolios, or its assets.

###

Submitted by:
Gregory S. Grossman, Esq.
Juan J. Mendoza, Esq.
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
ggrossman@sequorlaw.com
jmendoza@sequorlaw.com
Telephone:    (305) 372-8282

(Juan J. Mendoza is directed to serve a copy of this order upon all interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order)

---

[1] The Debtor's segregated portfolios are: (i) Bottini Insurance SP; (ii) Gen 1 Insurance Company SP; (iii) Goldenstar Holdings Company SP; (iv) Greystone Insurance SP; (v) Hudson York Insurance Company SP; (vi) Omega Insurance Company SP; (vii) Performance 5 SP; (viii) Prewett Insurance Company SP; (ix) Smart Insure SP; (x) SSS Insurance SP; (xi) Sustainable Insurance Company SP; and (xii) Triangle RGK SP. These twelve segregated portfolios are hereinafter referred to as the "Segregated Portfolios."  The Foreign Representatives are the Official Joint Liquidators for all segregated portfolios but not for Bottini Insurance SP and SSS Insurance SP.